Glenn R. Kantor – SBN 122643
  Email: gkantor@kantorlaw.net
Corinne Chandler - SBN 111423
  E-mail: cchandler@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525 (Tel)
(818) 350 6272 (Fax)

JS-6

Attorneys for Plaintiff,
Denise Cortes-Lopez Gilstrap

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CORTES-LOPEZ GILSTRAP,<br><br>            Plaintiff,<br><br>     v.<br><br>STANDARD INSURANCE COMPANY,<br><br>            Defendant. | Case No.: CV12-03336 VBK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

(Note: "PROPOSED" is struck through.)

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its own fees and costs.

DATED:    May 17, 2013            _____/s/_____
                                                   Hon. Victor B. Kenton
                                                   U.S. Magistrate Judge